```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 35212
   CAROL Y CANNON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-2068

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/02/2005 and was confirmed 10/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.00%.

     The case was dismissed after confirmation 09/10/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG          .00              .00             .00
AMERICAS SERVICING COMPA  CURRENT MORTG          .00              .00             .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE       485.59              .00          485.59
AMERICAS SERVICING COMPA  MORTGAGE ARRE       235.55              .00          235.55
ROBERT J ADAMS & ASSOCIA  PRIORITY        NOT FILED              .00             .00
AMSHER COLLECTION SERVIC  UNSECURED       NOT FILED              .00             .00
CMI                       UNSECURED       NOT FILED              .00             .00
COLLECTION SYSTEMS INC    UNSECURED       NOT FILED              .00             .00
COMED                     UNSECURED       NOT FILED              .00             .00
CREDIT PROTECTION ASSOC   UNSECURED       NOT FILED              .00             .00
CREDITORS DISCOUNT AUDIT  UNSECURED       NOT FILED              .00             .00
ENCORE RECEIVABLES        UNSECURED       NOT FILED              .00             .00
LASALLE BANK              UNSECURED       NOT FILED              .00             .00
LVNV FUNDING              UNSECURED       NOT FILED              .00             .00
MEDICAL BUSINESS BUREAU   UNSECURED       NOT FILED              .00             .00
MILLENIUM CREDIT CONSULT  UNSECURED       NOT FILED              .00             .00
MONEY CONTROL INC         UNSECURED       NOT FILED              .00             .00
NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED              .00             .00
OSI PORTFOLIO SERVICES    UNSECURED       NOT FILED              .00             .00
PALISADES COLLECTIONS IN  UNSECURED       NOT FILED              .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED             .00              .00             .00
RISK MANAGEMENT COLLECTI  UNSECURED       NOT FILED              .00             .00
ISAC                      UNSECURED          7001.54             .00          300.08
ILLINOIS BELL             UNSECURED           474.41             .00           52.19
UNITED CASH LOANS         UNSECURED       NOT FILED              .00             .00
WEXLER & WEXLER           UNSECURED       NOT FILED              .00             .00
COMCAST CABLE COMMUNICAT  UNSECURED           320.17             .00           35.22
QUICK PAYDAY LOANS        UNSECURED           400.00             .00           44.00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT       194.00             .00          194.00
COMCAST CABLE COMMUNICAT  FILED LATE         1059.24             .00             .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY        3,850.00                        2,627.14
TOM VAUGHN                TRUSTEE                                              226.23

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 35212 CAROL Y CANNON
```

```
DEBTOR REFUND            REFUND                                                  .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     4,200.00

PRIORITY                                           194.00
SECURED                                            721.14
UNSECURED                                          431.49
ADMINISTRATIVE                                   2,627.14
TRUSTEE COMPENSATION                               226.23
DEBTOR REFUND                                         .00
                          ---------------    ---------------
TOTALS                      4,200.00             4,200.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 12/27/07            _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 35212 CAROL Y CANNON